**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-6112**

---

DEON TURNER,

                    Petitioner - Appellant,

          v.

WILLIAM BAILEY; MARYLAND ATTORNEY GENERAL,

                    Respondents - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah L. Boardman, District Judge.  (1:25-cv-00722-DLB)

---

Submitted:  April 28, 2026                                    Decided:  May 1, 2026

---

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Deon Arnell Turner, Appellant Pro Se. Andrew John DiMiceli, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deon Turner seeks to appeal the district court's order denying his motion to disqualify the district court judge and granting him 28 days to provide information regarding his entitlement to equitable tolling of the one-year statute of limitation for 28 U.S.C. § 2254 petitions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Turner seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See In re Va. Elec. & Power Co.*, 539 F.2d 357, 364 (4th Cir. 1976) (recognizing that denial of a motion to disqualify is not a final and appealable order). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*